UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jaclyn Romesberg v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11413-DRH |
| *Jule Rodriguez v. Bayer Corporation et al* | No. 12-cv-10366-DRH |
| *Ellen Ross v. Bayer Corporation et al* | No. 10-cv-13168-DRH |
| *Meghan Rudelitsch v. Bayer Corporation et al* | No. 10-cv-11698-DRH |
| *Jennifer Russell-Grooms v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12795-DRH |
| *Abby Shapiro v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-10686-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 6, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,

ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
　　　　**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2014.08.07 14:54:20 -05'00'

**APPROVED:**
　　**CHIEF JUDGE**
　　**U. S. DISTRICT COURT**